# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of  
BRIAN SMEGO

v.

SELECT PORTFOLIO SERVICING, INC. and EQUIFAX INFORMATION SERVICES, LLC

Case Number: 1:15-cv-07864

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

BRIAN SMEGO

| | |
|---|---|
| NAME (Type or print) | |
| Nicholas Heath Wooten | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/: Nicholas Heath Wooten | |
| FIRM | |
| Sulaiman Law Group, Ltd. (Of Counsel) | |
| STREET ADDRESS | |
| 900 Jorie Boulevard, Suite 150 | |
| CITY/STATE/ZIP | |
| Oak Brook, Illinois 60523 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| | (630) 575-8181 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]   NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]   NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ]   NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]   NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL [ ]    APPOINTED COUNSEL [ ] | |